**UNITED STATES of America,**
**Appellee,**

v.

**David Carl SAGERT, Appellant.**

No. 08–1801.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 23, 2008.

Filed: Sept. 26, 2008.

Stephanie M. Rose, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

John P. Messina, Assistant, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

David Carl Sagert appeals the sentence the district court[1] imposed after revoking his supervised release. After reviewing the record and counsel's brief, we conclude that Sagert's sentence is not unreasonable, *see United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review of revocation sentences), because it is within the statutory limits of 18 U.S.C. § 3583(e)(3), and it resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a), *see United States v. Nelson,* 453 F.3d 1004, 1006 (8th Cir.2006) (appellate court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, certain § 3553(a) factors).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.